UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEGGY HAWKINS, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:11-CV-2992-B-BH |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The parties have notified the Court that they have no objections to the Findings and Recommendation of the United States Magistrate Judge. In accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims will be dismissed for lack of subject matter jurisdiction.[1]

SIGNED this 19th day of March, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] The Defendant has informed the Court today that there will be no objection filed to the Magistrate Judge's F&R, hence the Court enters this Order prior to the expiration of the 14-day time period for objections under Fed. R. Civ. P. 72(b).